UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CENTRAL BOAT RENTALS, INC., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-CV-1729 |
| | § | |
| THREE MILE DRYDOCK AND REPAIR, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 16, 2025, this case was referred to United States Magistrate Judge Christina A. Bryan for all pretrial purposes. (Dkt. 6). Judge Bryan filed a Memorandum and Recommendation on August 1, 2025, recommending that this case be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. (Dkt. 22). On August 15, 2025, Plaintiff filed its objections. (Dkt. 24). Defendant responded to Plaintiff's objections on August 29, 2025. (Dkt. 25). Plaintiff filed a reply brief on September 5, 2025. (Dkt. 27).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; Defendant's response to Plaintiff's objections; Plaintiff's reply brief; the Memorandum and

Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Bryan's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1)  Judge Bryan's Memorandum and Recommendation (Dkt. 22) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2)  Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

It is so **ORDERED**.

SIGNED at Houston, Texas on October 17, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE